CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Elean VELASCO-Armenta**<br>DOB: 2000; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-09008MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about September 1, 2023, in the District of Arizona, **Elean VELASCO-Armenta** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: ten (10) rifle magazines for a weapon chambered in a 7.62x51 NATO and an angled foregrip for a rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On September 1, 2023, **Elean VELASCO-Armenta** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Elean VELASCO-Armenta**, who was the driver of a silver 2005 Toyota Camry bearing an Arizona license plate. **VELASCO-Armenta** was accompanied by the registered owner of the vehicle along with three children. **VELASCO-Armenta** told CBPOs that they were traveling to Nogales, Sonora to visit family and had been coming from their home in Nogales, Arizona. CBPOs received a negative oral binding declaration to having weapons, ammunition, narcotics, and currency more than $10,000.00. CBPOs escorted **VELASCO-Armenta** and the other occupants into a secure holding area while they conducted an initial search of the vehicle. During the initial inspection of the vehicle, CBPOs discovered a black grocery store bag underneath the spare tire in the trunk of the vehicle. The bag contained ten (10) rifle magazines for a weapon chambered in a 7.62x51 NATO. Also found within the bag was an angled foregrip for a rifle. The vehicle was then driven through the Z-Portal X-ray machine which yielded negative results for additional contraband.

In a post-*Miranda* interview, **VELASCO-Armenta** admitted he knew what was in the vehicle, and that an individual from Mexico gave him $800 to purchase the magazines and weapon accessory. **VELASCO-Armenta** said he did not know how much money he would make, because he was told he would be paid after he delivered the parts to the individual in Mexico. **VELASCO-Armenta** explained that he stopped at two armories while he was in Tucson, before coming to the port of entry. **VELASCO-Armenta** admitted to smuggling weapon magazines into Mexico on one prior event where he made $200 delivering five or six magazines.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA *Raquel Arellano*  R. Arellano<br>Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT<br>BRYAN J STEWART  Digitally signed by BRYAN J STEWART Date: 2023.09.05 10:17:52 -07'00'<br>OFFICIAL TITLE<br>HSI Special Agent Bryan J. Stewart<br>DATE<br>September 5, 2023 |
|---|---|

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-09008MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

**VELASCO-Armenta** stated he knew it was illegal to smuggle weapons, ammunition, and accessories into Mexico. He claimed he knew this because he has seen the signs and has been asked by customs officials if he ever has any. **VELASCO-Armenta** stated he did not have a license to export weapons, ammunition, or accessories into Mexico. **VELASCO-Armenta** admitted to taking the photographs found on one of the cellular telephones within the vehicle, and admitted the voice messages being sent were that of his own voice, and of the individual he was supposed to deliver the parts to.

The magazines and weapon part found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.

